**No. 56655.**—F. E. Macartney *v.* United States, protest 150094–K (Duluth).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56656.**—Hecht Levis & Kahn, Inc., et al. *v.* United States, protests 179635–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56657.**—Fine Arts Bag Co. et al. *v.* United States, protests 180428–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.